# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:11MJ3040 |
| Plaintiff, ) | |
| ) | |
| vs. ) | DETENTION ORDER |
| ) | |
| CARLOS CANALES HERNANDEZ, ) | |
| ) | COMPLAINT |
| Defendant. ) | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1) The above-named defendant shall be detained pending the preliminary hearing in this case.

2) A preliminary hearing will be held on **September 13, 2011 at 2:30 p.m.** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

August 30, 2011                                                    BY THE COURT:

                                                                                  *s/Cheryl R. Zwart*
                                                                                  Cheryl R. Zwart
                                                                                  United States Magistrate Judge